FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY R.,[1] | No. 2:25-CV-00255-MKD |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE |
| v. | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | **ECF Nos. 16, 20** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 20, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Amy Gilbrough represents Plaintiff. Special Assistant United States Attorneys John Drenning and L. Jamala Edwards represent Defendant.

After consideration, **IT IS HEREBY ORDERED** that:

---

[1] To protect the privacy of plaintiffs in social security cases, the Court identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

1. The parties' Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  The parties have stipulated to the following: On remand, the ALJ shall re-evaluate the medical source opinions, specifically that of Ryan Agostinelli, PA-C, Mari Hunter, ARNP, and prior administrative medical findings and may request the medical sources provide additional evidence and/or further clarification of the opinions; further evaluate Plaintiff's alleged symptoms and provide a rationale in accordance with the disability regulations pertaining to evaluation of symptoms; re-evaluate Plaintiff's maximum residual functional capacity and provide an appropriate rationale with specific references to evidence of record in support of the assessed limitations; if warranted by the expanded record, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base; offer Plaintiff an opportunity for a new hearing; take further action to complete the record; and issue a new decision.  *See* ECF No. 20 at 2.

3. Plaintiff's Opening Brief, **ECF No. 16**, is **DENIED as moot.**

4. Judgment shall be entered for **PLAINTIFF**.

5. Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 7, 2026.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
